

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00019-CR

| | | |
|---|---|---|
| JOEL ENGOBO MAMBE, Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1550893D) |
| V. | § | April 28, 2022 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the judgment to delete the $290 in court costs and $55 in reimbursement fees and affirm the judgment as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker